UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-210-FDW-DSC

| | |
|---|---|
| WILLIAM NORKUNAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PARK ROAD SHOPPING CENTER, INC., )<br>)<br>Defendant. )<br>) | NOTICE OF HEARING |

TAKE NOTICE that a hearing on Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction (Doc. No. 20) will take place before the undersigned United States District Judge, to be held at **9:00 am** on **Wednesday, January 19, 2011** in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. The parties should be prepared to present evidence regarding Plaintiff's standing to bring the instant suit under Article III of the United States Constitution and the Americans with Disabilities Act.

IT IS SO ORDERED.

Signed: January 4, 2011

Frank D. Whitney
United States District Judge