UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-210-FDW-DSC

| | |
|---|---|
| WILLIAM NORKUNAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PARK ROAD SHOPPING CENTER, INC., )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on Defendant Park Road Shopping Center, Inc.'s Motion for Amend Case Management Plan. (Doc. No. 27). The Court has reviewed Defendant's Motion. Having found good cause shown for extending specific deadlines contained in the Court's Case Management Order ("CMO"), (Doc. No. 12), Defendant's Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion is GRANTED. The CMO is hereby AMENDED to reflect the following changes:

a. Discovery Completion: **January 30, 2011**

b. Dispositive Motions (filed): **February 21, 2011**

No other deadlines contained in the CMO are affected by this Order.

IT IS SO ORDERED.

Signed: January 4, 2011

Frank D. Whitney
United States District Judge