UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-210-FDW-DSC

| | |
|---|---|
| WILLIAM NORKUNAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PARK ROAD SHOPPING CENTER, INC., ) <br> ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER is before the Court *sua sponte* regarding the status of this case. Pursuant to the Court's oral order in the evidentiary hearing held on January 19, 2011, all deadlines and proceedings in this case are hereby STAYED pending disposition of Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1). (Doc. No. 20).

IT IS SO ORDERED.

Signed: January 20, 2011

Frank D. Whitney
United States District Judge