# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Norkunas,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                  3:11-cv-210

Park Road Shopping Center, Inc. ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2011 Order.

                                                    Signed: April 15, 2011

Frank G. Johns, Clerk
United States District Court